In the Matter of COPLIN YARAS, Respondent. CITY OF ALBANY, Appellant.

Argued January 15, 1953; decided March 6, 1953.

*Russell G. Hunt, Corporation Counsel (Samuel Jacobs* of counsel), for appellant.

*Ernest B. Morris* for respondent.

Appeal dismissed, with costs, upon the ground that there are questions involved other than the validity of a statutory provision under the State or the Federal Constitution (N. Y. Const., art. VI, § 7, subd. [2]; Civ. Prac. Act, § 588, subd. 4). No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.